UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAISHEL SOPHIA,

       Petitioner,       19 CIVIL 9599 (LGS)

-against-          **JUDGMENT**

THOMAS DECKER, et al.,
       Respondents.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 14, 2020, the Petition for a Writ of Habeas Corpus is granted; within fourteen calendar days from the date of the Order, Respondents shall provide an individualized bond hearing to Petitioner to determine whether his detention is justified, and within one business day thereafter shall advise the Court of the outcome of the hearing; the bond hearing must include the procedural safeguards described in this Court's Opinion; should Respondents fail to provide a hearing; Respondents shall release Petitioner for detention within fourteen calendar days from the date of the Order.

**DATED:** New York, New York
     February 14, 2020

                RUBY J. KRAJICK
                _____
                **Clerk of Court**
          BY:
                _____
                **Deputy Clerk**

             THIS DOCUMENT WAS ENTERED
             ON THE DOCKET ON _____