UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NAISHEL SOPHIA,
                             Petitioner,

        -against-                          19 Civ. 9599 (LGS)

THOMAS DECKER et al.,                      ORDER

                            Respondents.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 9, 2020, the Second Circuit issued an order directing Petitioner's 28. U.S.C. § 2241 petition be dismissed as moot (Dkt. No. 35), and the mandate of the Second Circuit has issued. It is hereby

      **ORDERED** that Petitioner's 28. U.S.C. § 2241 petition is **dismissed** as moot.

Dated: January 14, 2021
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**